# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Sam M. Burns                                         CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-21258 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
11 Aug 2022, 16:13:26, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com