**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Sam Burns,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bankruptcy No. 22-21258-GLT** |
| _____ | : | |
| | : | **Related to Doc. No. 40** |

## CERTIFICATE OF SERVICE

    I, Lawrence W Willis the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Granting Interim Mortgage Modification Order on the parties at the addresses on the attached matrix by first class mail*.

EXECUTED ON:  October 21, 2022         By: /s/ Lawrence Willis Esquire
                                                                 Lawrence W Willis, Esquire
                                                                 PA I.D. # 85299
                                                                 Willis & Associates
                                                                 201 Penn Center Blvd
                                                                 Pittsburgh, PA 15235
                                                                 Tel: 412.235.1721
                                                                 Fax: 412.542.1704
                                                                 lawrencew@urfreshstrt.com
                                                                 Attorney for Debtors

_____

*Parties served by the court electronically were not served by regular mail.

## MATRIX

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
LMP@chapter13trusteewdpa.com

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Cws/cw Nexus
Attn: Card Services
Po Box 9201
Old Bethpage, NY 11804

Fay Servicing Llc
Attn: Bankruptcy Dept
Po Box 809441
Chicago, IL 60680

First Commonwealth Bank
Attn: Legal Department
 601 Philadelphia St
Indiana, PA 15701

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

First Savings Bank/Blaze
Attn: Bankruptcy
Po Box 5096
Sioux Falls, SD 57117

Lendmark Financial
Attn: Bankruptcy
1735 N Brown Rd, Ste 300
Lawrenceville, GA 30043

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908

Sls/equity
Attn: Bankruptcy
8742 Lucent Blvd.
Highlands Ranch, CO 80129

 Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Sam Burns
370 Murdockville Road
Clinton, PA 15026