**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE

Sam M Burns,
    Debtor(s)

Case No. 22-21258 GLT

Chapter 13

## STATUS REPORT

Now comes the Debtors, through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Status Report advising the Court of the following:

1. The Debtors filed a Consent Motion to Approving Interim Loan Modification on October 21, 2022.

2. This Court entered an Order, granting the Debtors' Motion and scheduling a Status conference on January 11, 2023.

3. Counsel has been notified that the trial modification is still active; the third trial payment is due in January 2023.

Dated: December 27, 2022

By. /s/ Lawrence W Willis Esq
Lawrence W Willis, Esquire
PA I.D. #85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-720-1170
Email: urfreshstrt@gmail.com