### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

Sam M Burns,
    Debtor(s)

Case No. 22-21258 GLT

Chapter 13

### **STATUS REPORT**

Now comes the Debtors, through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Status Report advising the Court of the following:

1. The Debtors filed a Consent Motion to Approving Interim Loan Modification on October 21, 2022.

2. This Court entered an Order, granting the Debtors' Motion and scheduling a Status conference on February 8, 2023.

3. Counsel has been notified that the trial modification is still active; the third trial payment was made in January 2023.

4. Counsel has been informed that, a request for an update has been submitted, but it may take a while to get an answer. The trial was through January though, and it's just now the end of January. These are not instant, there are lots of borrowers in the process of getting modifications at any point in time.

5. Once and if a final modification is approved the appropriate motion will be filed with the Court.

Dated: February 2, 2023,                      By. /s/ Lawrence W Willis Esq
                                                              Lawrence W Willis, Esquire
                                                              PA I.D. #85299
                                                              Willis & Associates
                                                              201 Penn Center Blvd
                                                              Suite 310

Pittsburgh, PA 15235
412-720-1170
Email: urfreshstrt@gmail.com