FILED
2/9/23 2:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-21258-GLT |
| | : | Chapter: | 13 |
| Sam M Burns | : | | |
| | : | | |
| | : | Date: | 2/8/2023 |
| *Debtor(s).* | : | Time: | 11:00 |

-

## PROCEEDING MEMO

-

**MATTER:**      #41 - Continued Status Conference on Interim LMP
            #48 - Status Report Filed
            [Status Report due 2/1/23]

**APPEARANCES**:

Debtor:      Lawrence W. Willis
Trustee:      Ronda J. Winnecour
KML:       Denise Carlon

**NOTES:**    [11:00]

Carlon: Last three payments have been received, but waiting on modification documents. Will take 30-40 days to generate.

Court: Notes this case is not using the loss mitigation program.

**OUTCOME:**

1) Status conference is concluded. [Text order]

**DATED:**  2/8/2023