IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21258-GLT |
| | : | |
| Sam M. Burns, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Sam M. Burns, | : | Rel to Document No. 6 1 |
| Movant, | : | |
| | : | |
| vs. | : | Hearing Date Time |
| | : | September 6, 2023 at 10:00 AM |
| | : | |
| Fay Servicing LLC, | : | |
| | : | |
| | : | |
| | : | |
| RESPONDENT | : | |
| | : | |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO AUTHORIZE LOAN MODIFICATION AGREEMENT FILED AT DOCKET NO. 61

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Authorize Loan Modification Agreement filed on June 19, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 7, 2023.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 8, 2023                                    By: /s/ Lawrence Willis Esquire
                                                                           Lawrence W Willis, Esquire
                                                                           PA I.D. # 85299
                                                                           Willis & Associates
                                                                           201 Penn Center Blvd
                                                                           Pittsburgh, PA 15235
                                                                           Tel: 412.235.1721
                                                                           Fax: 412.542.1704

lawrencew@urfreshstrt.com
Attorney for Debtors