IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21258-GLT |
| | : | |
| **Sam M. Burns,** | : | Chapter 13 |
| Debtor | : | |
| | : | |
| **Sam M. Burns,** | : | Related to Document No. 64 |
| Movant, | : | |
| | : | |
| vs. | : | Hearing Date Time |
| | : | |
| **Fay Servicing LLC,** | : | |
| | : | |
| | : | |
| **RESPONDENTS** | : | |
| | : | |
| and | : | |
| | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| | : | |
| **ADDITIONAL** | : | |
| **RESPONDENT** | : | |

## CERTIFICATE OF SERVICE

I, Lawrence W Willis Esq the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Order Dated August 8, 2023 filed herewith on the parties at the addresses on the attached matrix by first class mail*.

EXECUTED ON: August 9, 2023                By: /s/ Lawrence Willis Esq
                                           Lawrence W Willis, Esquire
                                           PA I.D. # 85299
                                           Willis & Associates
                                           201 Penn Center Blvd
                                           Pittsburgh, PA 15235
                                           Tel: 412.235.1721
                                           Fax: 412.235.2375

Email: lawrencew@urfreshstrt.com  
Attorney for Debtors

---

*Parties served by the court electronically were not served by regular mail.

**MATRIX**

Sam M. Burns  
370 Murdockville Road  
Clinton, PA 15026

Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  
LMP@chapter13trusteewdpa.com

Office of the United States Trustee  
Liberty Center.  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222

Kendall Reid  
kreid@fayservicing.com  
Account Manager

Fay Servicing LLC  
PO Box 814609  
Dallas, TX 75381-4609

McCalla Raymer Leibert Pierce, LLC  
1544 Old Alabama Road  
Roswell, GA 30076  
Attn: Lindsey Morales