IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 22-21258-GLT |
| | ) |
| Sam M Burns, | ) Chapter 13 |
| | ) |
| Debtors | ) Judge: Gregory L. Taddonio |
| | ) |

## WITHDRAWAL OF NOTICE OF PAYMENT CHANGE

COMES NOW J.P. Morgan Mortgage Acquisition Corp. ** and hereby withdraws its Notice of Payment Change filed on August 23, 2023.

Notice of Payment Change Filed Date: August 23, 2023

Notice of Payment Change  Claim Number:  6

/s/Dane  Exnowski
Dane  Exnowski

Authorized Agent
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Phone: 562-661-5060

Dane.Exnowski@mccalla.com

**Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this withdrawal of Notice of Mortgage Payment Change is being filed to ensure the claim's register is up to date.

|  |  |
|---|---|
| In Re:<br>    Sam M Burns | Bankruptcy Case No.:  22-21258−GLT<br>Chapter:  13<br>Judge:  Gregory L. Taddonio |

CERTIFICATE OF SERVICE

    I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLC, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106, certify:

    That I am, and at all times hereinafter mentioned, was more than 18 years of age;

    That on the date below, I caused to be served a copy of the within WITHDRAWAL OF NOTICE OF PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Sam M Burns
370 Murdockville Road
Clinton, PA 15026

Lawrence W. Willis  *(served via ECF Notification)*
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235

Ronda J. Winnecour, Trustee  *(served via ECF Notification)*
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee  *(served via ECF Notification)*
Office of the United States Trustee
1000 Liberty Avenue Suite 1316
Pittsburgh, PA 15222

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   01/06/2025      By:    /s/Dane Exnowski
                  (date)           Dane Exnowski
                                            Authorized Agent for Creditor