IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-21258-GLT |
| | : | |
| Sam M. Burns, | : | CHAPTER 13 |
| | : | |
| Debtor | : | |

*********************************************************************

| | | |
|---|---|---|
| Sam M. Burns, | : | Related to Docket No. 88 |
| | : | |
| Movant | : | Hearing Date & Time: |
| | : | February 12, 2025 at 10:00 AM |
| vs. | : | |
| | : | |
| US Bank Trust National Association | : | |
| Not in its individual capacity but | : | |
| Solely as Owner Trustee for | : | |
| VRMTG Asset Trust, | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Additional | : | |
| Respondent | : | |

*********************************************************************

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF SAM M. BURNS FOR OBJECTION TO US BANK TRUST
NATIONAL ASSOCIATION'S PAYMENT CHANGE NOTICES DATED JANUARY 8, 2025
AND JANUARY 9, 2025**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **February 3, 2025** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on **February 12, 2025 at 10:00 AM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's *General Procedures*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: January 15, 2025                             By: /s/ Lawrence Willis Esquire
                                                   Lawrence W Willis, Esquire
                                                   PA I.D. # 85299
                                                   Willis & Associates
                                                   201 Penn Center Blvd
                                                   Pittsburgh, PA 15235
                                                   Tel: 412.825.5170
                                                   Fax: 412.823.2375
                                                   lawrencew@urfreshstrt.com
                                                   Attorney for Debtors

2