IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 22-21258-GLT |
| | ) |
| Sam M Burns, | ) Chapter 13 |
| | ) |
| Debtor | ) Judge: Gregory L. Taddonio |
| | ) |

## WITHDRAWAL OF NOTICE OF PAYMENT CHANGE

COMES NOW JPMorgan Chase Bank, National Association by, McCalla Raymer Leibert Pierce, LLP, and respectfully requests this Court to allow it to withdraw the Notice of Payment Change filed on July 3, 2025.

Notice of Payment Change Filed Date: July 3, 2025

Notice of Payment Change Claim Number: 6

/s/ Brian C. Nicholas, Esq.
Brian C. Nicholas
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, PA 19106
Phone: 848-999-4640
Brian.Nicholas@mccalla.com
DATED: 7/18/2025

| | |
|---|---|
| In Re: | Bankruptcy Case No.:  22-21258−GLT |
| Sam M Burns | Chapter:  13 |
| | Judge:  Gregory L. Taddonio |

## CERTIFICATE OF SERVICE

I, Brian Nicholas, of McCalla Raymer Leibert Pierce, LLP, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within WITHDRAWAL OF NOTICE OF PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Sam M Burns
370 Murdockville Road
Clinton, PA 15026

Lawrence Willis                                          (*served via ECF Notification*)
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235

Ronda J. Winnecour, Trustee                  (*served via ECF Notification*)
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee                                              (Served via ECF Notification)
Office of the United States Trustee
1000 Liberty Avenue Suite 1316
Pittsburgh, PA 15222

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   07/18/2025        By:    /s/Brian Nicholas
                    (date)                        Brian Nicholas
                                                       Authorized Agent for Creditor