FILED
7/21/25 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 22-21258-GLT |
| | ) | |
| Sam M Burns, | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Gregory L. Taddonio |
| | ) | Related to Docket No. 111 |

**WITHDRAWAL OF NOTICE OF PAYMENT CHANGE**

COMES NOW JPMorgan Chase Bank, National Association by, McCalla Raymer Leibert Pierce, LLP, and respectfully requests this Court to allow it to withdraw the Notice of Payment Change filed on July 3, 2025.

Notice of Payment Change Filed Date: July 3, 2025

Notice of Payment Change Claim Number:  6

/s/ Brian C. Nicholas, Esq.
Brian C. Nicholas
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, PA 19106
Phone: 848-999-4640
Brian.Nicholas@mccalla.com
DATED: 7/18/2025

SO ORDERED
July 21, 2025

drb

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-21258-GLT

Sam M Burns                                                                          Chapter 13

          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                  User: auto                                              Page 1 of 2

Date Rcvd: Jul 21, 2025                          Form ID: pdf900                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

**Recip ID            Recipient Name and Address**
db                 +   Sam M Burns, 370 Murdockville Road, Clinton, PA 15026-1316


TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025                            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:**

**Name                            Email Address**

Brian Nicholas
                       on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION brian+ecf@briannicholas.com,
                       mccallaecf@ecf.courtdrive.com

Brian Nicholas
                       on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com

Denise Carlon
                       on behalf of Creditor US Bank Trust National Association dcarlon@kmllawgroup.com

Denise Carlon
                       on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
                       VRMTG Asset Trust dcarlon@kmllawgroup.com

Lawrence Willis
                       on behalf of Debtor Sam M Burns ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee

District/off: 0315-2                                    User: auto                                         Page 2 of 2
Date Rcvd: Jul 21, 2025                                Form ID: pdf900                                    Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7