IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sam M Burns<br>    Debtor,<br><br>Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B<br>    Movant.<br>v.<br><br>Sam M Burns<br>    Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>22-21258-GLT<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

        Respectfully submitted,

Dated:  December 12, 2025      BY: */s/ Heather Riloff*
      Christopher A. DeNardo, 78447
      Heather Riloff, 309906
      Leslie J. Rase, 58365
      LOGS Legal Group LLP
      985 Old Eagle School Road, Suite 514
      Wayne, PA 19087
      (610) 278-6800
      logsecf@logs.com

LLG File #: 25-073026

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sam M Burns<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>22-21258-GLT |
| Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B<br>　　Movant.<br>v.<br><br>Sam M Burns<br>　　Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>　　Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

　　I, <u>Heather Riloff</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>12th</u> day of <u>December</u>, 2025:

Sam M Burns
370 Murdockville Road
Clinton, PA 15026

Lawrence W. Willis, Esquire, Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
ecf@westernpabankruptcy.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

   */s/ Heather Riloff*
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com