UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| SAM M BURNS, | :   CASE NO.: 22-21258-GLT |
| | : |
| Debtor(s). | :   CHAPTER 13 |
| | :   JUDGE GREGORY TADDONIO |
| | : |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007 and Bankruptcy Code §§ 102(1), 342, and 1109(b),  Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B requests special notice of all matters that must be noticed to creditors, equity security holders, and any other parties in interest whether sent by the Court, the Trustee, or any other party in the above captioned proceedings.

By:  /s/ Christopher A. DeNardo
Christopher A DeNardo
Bar No. 78447
Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252
cdenardo@dallegal.com

File No. 7177-230360

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on this day, May 6, 2026, a copy of the foregoing was served

via the court's ECF system on these entities and individuals who are listed on the Court's Electronic

Mail Notice List:

LAWRENCE WILLIS
WILLIS & ASSOCIATES
201 PENN CENTER BLVD
SUITE 310
PITTSBURGH, PA 15235
*Attorney for Debtor(s)*

RONDA J WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURG, PA 15219
*Trustee*

US TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222
*U.S. Trustee*

And by regular U.S. Mail, postage pre-paid on:

SAM M BURNS
370 MURDOCKVILLE ROAD
CLINTON, PA 15026
*Debtor(s)*

By: /s/ Christopher A. DeNardo
Christopher A DeNardo
Bar No. 78447
cdenardo@dallegal.com